MAGNOLIA PETROLEUM COMPANY, petitioner v. NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 10593.

Circuit Court of Appeals, Fifth Circuit.

May 28, 1943.

Roy C. Ledbetter, of Dallas, Tex., and Henry M. Armistead, Jr., of Little Rock, Ark., for petitioner.

Robert B. Watts, Gen. Counsel, N. L. R. B., Ernest A. Gross, Associate Gen. Coun-

sel, N. L. R. B., and Charles F. McErlean, Principal Atty., N. L. R. B., all of Washington, D. C., for respondent.

Before HUTCHESON and WALLER, Circuit Judges, and COX, District Judge.

PER CURIAM.

The order of February 25, 1943, to review which this petition was brought, has since its handing down been vacated and set aside. There 'is nothing before this court to review. The motion will, therefore, be granted and the petition will be dismissed.